G. A. Carmichael and Columbus Carmichael, partners under the firm name and style of G. A. Carmichael & Son, Plaintiffs in Error, vs. Francis Bluthenthal and Monroe L. Bickart, copartners doing business under firm name of Bluthenthal & Bickart, Defendants in Error.

Writ of error to Circuit Court Hillsborough county.

*J. B. Wall and W. A. Carter*, for Plaintiffs in Error.

*Shackleford & Simonton and Sparkman & Sparkman*, for Defendants in Error.

This action was brought by the defendants in error, as plaintiffs in attachment against the plaintiffs in error, as claimants, and Thomas V. Culverhouse, defendant.

There was judgment for the plaintiffs, and the claimants take writ of error. The judgment is affirmed.